# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
### NEW ALBANY DIVISION

| | |
|---|---|
| WILLIAM SLAUGHTERBACK<br><br>     Plaintiff,<br><br>vs.<br><br>C&M CONVEYOR, INC. d/b/a INNOVENYANCE<br><br>     Defendants. | Case No. 1:25-cv-00807-RLY-MJD |

## <u>SUMMONS RETURNED EXECUTED</u>

Pursuant to Federal Rule of Civil Procedure, Rule 4, Plaintiff William Slaughterback served upon Defendant C&M Conveyor, Inc. d/b/a Innoveyance a copy of the following documents:

1. Issued Summons

2. Complaint

3. Civil Cover Sheet

4. Notice of Appearance

5. Notice, Consent, and Reference of a Civil Action to Magistrate Judge

   Attached hereto is a copy of the proof of service.


Respectfully submitted on May 27, 2025.


1

CONSUMER JUSTICE LAW FIRM PLC

*/s/ James Ristvedt*
James Ristvedt, Esq., AZ Bar #035938
8095 N. 85th Way
Scottsdale, AZ 85258
E: jristvedt@consumerjustice.com
T: 480-626-1956
E: 480-613-7733
*Attorney for Plaintiff*
*William Slaughterback*

2

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Southern District of Indiana

|  |  |  |
|---|---|---|
| WILLIAM SLAUGHTERBACK | ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. 1:25-cv-00807 |
| C&M CONVEYOR, INC. d/b/a INNOVEYANCE | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  C&M Conveyor Inc. d/b/a Innoveyance
c/o CT Corporation System
334 North Senate Avenue
Indianapolis, IN 46204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  McKenzie Czabaj, AZ Bar. No. 036711
CONSUMER JUSTICE LAW FIRM PLC
8095 N. 85th Way
Scottsdale, AZ 85258
E: mczabaj@consumerjustice.com
T: 480-626-2376
F: 480-613-7733

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT, Kristine L. Seifert*

Date:    5/6/2025

BY: _____
*Deputy Clerk*

## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN District of Indiana

Case Number: 1:25-CV-00807

Plaintiff:
**WILLIAM SLAUGHTERBACK**
vs.
Defendant:
**C&M CONVEYOR, INC. D/B/A INNOVERYANCE**

For: Consumer Justice Law Firm

Received by Front Range Legal Process Service, Inc. to be served on **C&M Conveyor Inc. d/b/a Innoveyance, -c/o: CT Corporation System, 334 North Senate Ave., Indianapolis, IN 46204.** I, ___Raymond Bandy___ , do hereby affirm that on the ___15th___ day of ___May___ , 20_25_ at _11_:_59_ Am., executed service by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT AND DEMAND FOR JURY TRIAL; CIVIL COVER SHEET; APPEARANCE OF COUNSEL; NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO MAGISTRATE JUDGE** ; **NOTICE** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.
(X) CORPORATE  SERVICE: By serving ___Pat Jones___ as ___Intake Specialist___ .
( ) POSTING _____

(X) DESCRIPTION ) Age _45_ Sex _M_ Race _White_ Height _5'6"_ Weight _160_ Hair _Brown_ Glasses _____

( ) OTHER SERVICE: As described in the Comments below by

**COMMENTS:** _____
_____
_____
_____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

_____

PROCESS SERVER # ___NA___
Appointed in accordance with State Statutes

**Front Range Legal Process Service, Inc.**
**145 W. Swallow Road**
**Fort Collins, CO 80525**
**(888) 387-3783**

Our Job Serial Number: 2025004838

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a