**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| WILLIAM SLAUGHTERBACK, | ) | CASE NO. 1:25-CV-00807-RLY-MJD |
| | ) | |
| Plaintiff, | ) | JUDGE RICHARD L. YOUNG |
| | ) | |
| vs. | ) | MAGISTRATE JUDGE MARK J. |
| | ) | DINSMORE |
| C&M CONVEYOR, INC., | ) | |
| | ) | **DEFENDANT C&M CONVEYOR, INC'S** |
| Defendant. | ) | **MOTION FOR RELIEF FROM** |
| | ) | **DEFAULT JUDGMENT PURSUANT TO** |
| | ) | **FED. R. CIV. P. 60(B)** |

Pursuant to Rule 60(b) of the Federal Rules of Civil Procedure, Defendant C&M Conveyor, Inc. ("C&M") moves this Court for relief from the Order Granting Default Judgment and Final Judgment (collectively, the "Default Judgment") entered against it on January 13, 2026 (*See* Doc. 24); (*See also* Doc. 25).

C&M defaulted in the above-captioned lawsuit through no fault of its own. Indeed, it was not until C&M received an Order to Appear from Lawrence Circuit Court in Indiana that it learned of this lawsuit and the Default Judgment. (M. Kniesly Aff., ¶ 18). Approximately one month ago, when it received that Order, C&M, through undersigned counsel, undertook an intensive investigation. (M. Kniesly Aff., ¶¶ 19, 23-24); (A. Cady Decl., ¶¶ 4-12). Through that investigation, C&M learned that its registered agent for service of process, CT Corporation, failed to deliver any of the relevant documents filed in this case to C&M. Specifically, due to an apparent typographical error on the part of CT Corporation, CT Corporation sent those documents to an incorrect email address and, as a result of that error, C&M *never* received notice of the present lawsuit or any of the documents that were served on CT Corporation. (A. Halow Decl., ¶¶ 6, 8, 10, 12, 14, 16, 18, 20, 22); (M. Kniesly Aff., ¶ 22).

Upon receipt of the Order to Appear from the Lawrence Circuit Court, C&M and its counsel acted as quickly as practicable to investigate the circumstances surrounding CT Corporation's failure to deliver the documents to C&M. (M. Kniesly Aff., ¶¶ 19, 23-24); (A. Cady Decl., ¶¶ 4-12). In addition, C&M conferred with counsel for Plaintiff William Slaughterback ("Plaintiff") (together with C&M, the "Parties") in an effort to secure a mutual agreement to vacate the Default Judgment and avoid motion practice. However, Plaintiff ultimately declined to join this Motion.  Upon learning that the Parties could not resolve the issues concerning the default, C&M prepared and filed the instant Motion.

Though C&M has not had the benefit of discovery, it has meritorious defenses to the claims lodged in the Complaint. Those defenses include, but are not limited to, the fact that C&M did not know, or have reason to know, that Plaintiff suffered from *any* disabilities throughout the time at which C&M employed him.

For those reasons, and as set forth in more detail in its Memorandum in Support, C&M respectfully requests that this Court vacate the Default Judgment and allow the case to proceed on the merits.

Respectfully submitted,

*s/ Allyson R. Cady*
DAVID M. KRUEGER (0085072)
ALLYSON R. CADY (0098830)
**BENESCH, FRIEDLANDER, COPLAN &
  ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Telephone:  216.363.4500
Facsimile:  216.363.4588
Email: dkrueger@beneschlaw.com
        acady@beneschlaw.com

*Attorneys for Defendant C&M Conveyor, Inc.*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this 28th day of May, 2026, I electronically filed the foregoing *Defendant C&M Conveyor, Inc's Motion for Relief from Default Judgment Pursuant to Fed. R. Civ. P. 60(b)* with the Clerk of Court using the CM/ECF filing system, which sent notification of such filing to all attorneys of record.

*s/ Allyson R. Cady*
*One of the Attorneys for C&M Conveyor, Inc.*